## United States District Court
### Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC65 | F5431577 | KIDD | GY12 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 5-7-23 | 36 CFR 261.15 I |

Place of Offense

DRINK WATER ORV

Offense Description: Factual Basis for Charge          HAZMAT ☐

CVC 38020

EXPIRED GREEN STICKER

### DEFENDANT INFORMATION

Last Name

ORELLANA/HENRIQEZ SAMUEL

Street Address

■■■■■■■■■■■■

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 635EY6 | CA |  |  |  | BLU |

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150  Forfeiture Amount
+ $30  Processing Fee

**PAY THIS AMOUNT AT →** $ 180  Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*F5431577*   FS-5300-4 (1/2021)

Previous edition is obsolete

CVB SCAN 05/18/2023 13:57

---

### STATEMENT OF PROBABLE CAUSE

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED REPORT

The foregoing statement is based upon:

☐ my personal observation          ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT= Hazardous material involved in incident; PASS= 9 or more passenger vehicle; CDL= Commercial drivers license; CMV= Commercial vehicle involved in incident

CVB SCAN 05/18/2023 13:57