# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### PROCEEDINGS SHEET ON VIOLATION NOTICE

Case No.(s) CC65,F5431577      CourtSmart: 07/05/2023      Date: July 5, 2023

Present: The Honorable: _____ Karen L. Stevenson _____ United States Magistrate Judge

| Claudia Garcia-Marquez | Gregory A. Lesser | | |
|---|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter* | *Language* |

| United States of America   v.<br>Samuel OrellanaHernandez (Not Present) | Attorney Present for Defendant: |
|---|---|
| ☐ Present   ☐ Custody   ☐ Bond   ☐ Summons | ☐Present ☐ CJA ☐Ret'd ☐ DFPD ☐Not Present |

### PROCEEDINGS HAD ON VIOLATION NOTICE

☐   Defendant arraigned. Informed of charges and rights.

☐   Defendant filed financial affidavit and is informed of consequences if any false information is given.

☐   Attorney appointed _____ ☐ DFPD / ☐ PANEL

☐   Defendant executes a Consent to be Tried by U.S. Magistrate Judge.

☐   Defendant enters plea of: ☐ Guilty ☐ Not Guilty ☐ Nolo Contendere

☐   Court accepts plea.

☐   Court orders case continued to: _____ at _____ in Courtroom _____
for _____

☐   Bail is set at $ _____ P/R. ☐ Defendant released.

☐   Fine imposed. See separate order re: fine.

☐   On motion of the government, Court orders case dismissed as to citation (s): _____

☐   Court orders case dismissed.

☐   Court orders defendant participate in Traffic School, complete same by _____
or appear on _____ in Courtroom _____ before _____

☐   The Court signs the Probation Order pursuant to Title 18 U.S.C. 3607.

☐   Defendant is notified of the right to appeal sentence.

☑   Other   Due to defendant's failure to appear as ordered or respond to communications, an abstract hold is placed with the DMV. This is not a suspension but may result in the DMV suspending driving privileges. To clear this matter, you may pay the ticket at www.cvb.uscourts.gov or call the court at (213) 894-4767 to place this on calendar and appear in court (virtually).

cc: AUSA

Claudia Garcia-Marquez

Deputy Clerk

Time in Court: 2 min

M-2 (06/13)      PROCEEDINGS SHEET ON VIOLATION NOTICE